

# JUDGMENT

# Court of Appeals

# First District of Texas

NO. 01-14-00157-CR

DEREK RENEE SOSA, Appellant

V.

THE STATE OF TEXAS, Appellee

Appeal from the 262nd District Court of Harris County.  (Tr. Ct. No. 1368317).

This case is an appeal from the final judgment signed by the trial court on January 16, 2014. After submitting the case on the appellate record and the arguments properly raised by the parties, the Court holds that the trial court's judgment contains no reversible error. Accordingly, the Court **affirms** the trial court's judgment.

The Court **orders** that this decision be certified below for observance.

Judgment rendered June 25, 2015.

Panel consists of Justices Keyes, Huddle, and Lloyd. Opinion delivered by Justice Lloyd.